Buford C. DUNBAR, Sr., Petitioner,

v.

CONSOLIDATION COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 01–1956.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Buford C. Dunbar, Sr., pro se. Mary Rich Maloy, Jackson & Kelly, Charleston, WV; Christian P. Barber, Mary K. Forrest Doyle, United States Department of Labor, Washington, DC, for respondents.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Buford C. Dunbar, Sr., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986

& Supp.2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board.[*] *See Dunbar v. Consolidation Coal Co.,* No. 00–0930–BLA (B.R.B. June 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

John Van B. Metts, III, appeals from the district court's order dismissing his suit under the Americans with Disabilities Act, as well as various preliminary rulings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Metts v. North Carolina Dep't of Revenue,* No. CA–00–42–78–BR(1) (E.D.N.C. Jan. 18 & July 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

[*] We have considered the revisions to the regulations implementing the Black Lung Benefits Act, *see* Regulations Implementing the Federal Coal Mine Health and Safety Act of 1969, as amended; 65 Fed.Reg. 79,919 (Dec. 20, 2000), and have determined that the revisions do not affect the outcome of this case.